UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:12CR103 CEJ NAB |
| ) | |
| MICHAEL MANNING, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Continue the Arraignment [Doc. #5] filed on March 20, 2012.  In support of the Motion Defendant stated that Counsel is unavailable for the previously scheduled March 23, 2012 arraignment date.

Defendant requested that the arraignment be continued.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary to effectively prepare for Defendant's Arraignment taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Arraignment [Doc. #5] is **GRANTED.** The arraignment shall be continued until **March 29, 2012 at 10:00 a.m.** in the courtroom of the undersigned.

Dated this 21st day of March, 2012.

                                                /s/ Nannette A. Baker  
                                     NANNETTE A. BAKER  
                                     UNITED STATES MAGISTRATE JUDGE